# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO MENDEZ CHAVEZ,<br><br>                              Petitioner,<br><br>   v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; PATRICK DIVVER, Field Officer Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; SIRCE OWEN, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice; and PAM BONDI, Attorney General, U.S. Department of Justice,<br><br>                              Respondents. | Case No.:  25-cv-02818-DMS-SBC<br><br>**ORDER VACATING HEARING DATE** |

   Pending before the Court is Petitioner Victorina Mendez Chavez's Petition for Writ of Habeas Corpus and Request for Order to Show Cause Within Three Days.  (ECF No. 1). Respondents filed a response in opposition, (Resp., ECF No. 4), and Petitioner filed a

traverse, (Traverse, ECF No. 6).  An Order to Show Cause Hearing is set for **Monday, November 3, 2025** at **2:00 PM** in Courtroom 13A.  Having reviewed the briefings, the Court finds this matter is suitable for decision without oral argument.  S.D. Cal. Civ. R. 7.1(d)(1); *Tijerina v. Thornburgh*, 884 F.2d 861, 866 (5th Cir. 1989) (holding that an evidentiary hearing is not necessary when deciding only questions of law).  Accordingly, the November 3, 2025 hearing is **VACATED**.

    **IT IS SO ORDERED.**

Dated:  October 30, 2025

Hon. Dana M. Sabraw
United States District Judge